**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DANNY R. WILLIAMS**                                                                     **PLAINTIFF**

V.                              **CASE NO. 3:15-CV-165 DPM/BD**

**L. MORGAN, et al.**                                                                       **DEFENDANTS**

## ORDER

Danny R. Williams, an Arkansas Department of Correction inmate formerly housed at the Craighead County Jail ("County Jail"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)  Because Mr. Williams's original complaint was deficient, the Court instructed him to file an amended complaint.  (#12)  Mr. Williams has now filed his amended complaint.  (#17)

In his amended complaint, Mr. Williams claims that Defendants violated his constitutional rights while he was housed at the County Jail.  Based on the allegations in his amended complaint, Mr. Williams has stated excessive-force claims against Defendants Morgan, Ballard, and Hall; a deliberate-indifference claim against the Doe Defendant; and retaliatory-transfer claims against Defendants Duncan and Hall.  Therefore, service is proper for Defendants Morgan, Ballard, Duncan, and Hall.

The Clerk of Court is directed to prepare summonses for Defendants Morgan, Ballard, Duncan and Hall.  The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (docket entries #1, #17), and summonses for these Defendants without requiring prepayment of fees and costs or

security.  Service for these Defendants should be through the Craighead County Jail, 901 Willett Road, Jonesboro, Arkansas 72401.

Service cannot be effected on Jane Doe because Mr. Williams has not yet identified this Defendant.  Mr. Williams has 120 days from the date he filed his complaint to identify and serve this Defendant.  (#2)  If the Doe Defendant is not served within that time, claims against her can be dismissed.

The Court will address Mr. Williams's remaining claims in a separate Recommendation.

IT IS SO ORDERED, this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE