IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY R. WILLIAMS                                                                    PLAINTIFF

v.                              No. 3:15-cv-165-DPM-BD

L. MORGAN, Officer, Craighead County Jail;
M. BALLARD, Officer, Craighead County Jail;
DUNCAN, Jail Administrator, CCDC; MATT
HALL, Assistant Jail Administrator, CCDC; and
JANE DOE, Lauren, Nurse, CCDC                                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 20, and overrules Williams's objections, № 22 & 23. FED. R. CIV. P. 72(b)(3). Williams's request for criminal charges and his claims about due process, grievance procedures, and legal mail are dismissed without prejudice. His claims against the Defendants in their official capacities are dismissed with prejudice. And his motion for preliminary injunctive relief is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2015