IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DANNY R. WILLIAMS**                                                              **PLAINTIFF**

V.                  **CASE NO. 3:15-CV-165 DPM/BD**

**L. MORGAN, et al.**                                                             **DEFENDANTS**

## ORDER

Defendants have moved for an order compelling Mr. Williams to respond to their discovery requests and to complete a medical authorization form. (Docket entry #38) Mr. Williams has not responded, and the time to respond has passed.

The motion (#38) is GRANTED. Mr. Williams has thirty days to respond to the Defendants' discovery requests and to complete the medical authorization form. Mr. Williams is specifically cautioned that his failure to comply with this Court's order could result in the dismissal of his claims, without prejudice. Local Rule 5.5. Defendants are instructed to notify the Court whether Mr. Williams timely responds to this Court order.

IT IS SO ORDERED, this 19th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE