IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY R. WILLIAMS                                                                PLAINTIFF

V.                              CASE NO. 3:15-CV-165 DPM-BD

L. MORGAN, et al.                                                              DEFENDANTS

RECOMMENDED DISPOSITION

I.     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.    **Discussion**

At the time Mr. Williams filed this lawsuit, he was confined in the Craighead County Detention Facility.  In his complaint, he alleged that Defendants used excessive force against him.

On February 4, 2016, Defendants moved for an order compelling Mr. Williams to respond to their discovery requests and to complete a medical authorization form.

(Docket entry #38) Mr. Williams did not respond to the motion. On February 19, 2016, the Court granted the Defendants' motion to compel and ordered Mr. Williams to respond to the outstanding discovery and to complete a medical authorization form within thirty days. (#40) In that order, Mr. Williams was specifically warned that if he did not comply with the order, his claims could be dismissed. Local Rule 5.5.

Defendants have now moved to dismiss Mr. Williams's claims based on his failure to respond to discovery requests and his failure to comply with the Court's February 19 Order. (#42) The motion (#42) should be GRANTED.

### III. Conclusion

The Court recommends that the Defendants' motion to dismiss (#42) be GRANTED. Mr. Williams's claims should be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit and his failure to comply with the February 19, 2016 Order.

DATED this 29th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE