IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY R. WILLIAMS                                                    PLAINTIFF

v.                            No. 3:15-cv-165-DPM-BD

L. MORGAN, Officer, Craighead County Jail;
M. BALLARD, Officer, Craighead County Jail;
DUNCAN, Jail Administrator, CCDC; MATT
HALL, Assistant Jail Administrator, CCDC; and
JANE DOE, Lauren, Nurse, CCDC                                       DEFENDANTS

ORDER

Unopposed partial recommendation, № 41, adopted. FED. R. CIV.

P. 72(b) (1983 addition to advisory committee notes). Williams's claims

against Jane Doe are dismissed without prejudice for failure to serve. FED. R.

CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_3 April 2016_