IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY R. WILLIAMS                                                    PLAINTIFF

v.                          No. 3:15-cv-165-DPM

L. MORGAN, Officer, Craighead County Jail;
M. BALLARD, Officer, Craighead County Jail;
DUNCAN, Jail Administrator, CCDC; and
MATT HALL, Assistant Jail Administrator, CCDC         DEFENDANTS

### ORDER

Unopposed recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion to dismiss, № 42, is granted as modified. Williams's remaining claims will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 April 2016