IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY R. WILLIAMS                                                             PLAINTIFF

v.                          No. 3:15-cv-165-DPM

L. MORGAN, Officer, Craighead County Jail;
M. BALLARD, Officer, Craighead County Jail;
DUNCAN, Jail Administrator, CCDC; MATT HALL,
Assistant Jail Administrator, CCDC; and JANE
DOE, Lauren, Nurse, CCDC                                                    DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 April 2016